**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT SAYRES                                                                                    PLAINTIFF

v.                                        CASE NO. 4:10CV01537 JLH/BD

LEROY BROWNLEE, *et al*.                                                                DEFENDANTS

**ORDER**

On October 26, 2010, Plaintiff, an inmate in the Arkansas Department of Correction ("ADC") at the time, brought this action under 42 U.S.C. § 1983 (docket entry #1). Upon review of the record, the Court notes that Plaintiff has not filed a motion to proceed *in forma pauperis* or paid the statutory filing fee. The filing fee for a complaint under 42 U.S.C. § 1983 is $350.00.

If Plaintiff seeks to proceed *in forma pauperis*, he must submit current financial information to the Court in order for the Court to determine whether he should be required to pay all, or a portion, of the fees and costs of the lawsuit.

Therefore, if Plaintiff wishes to proceed with this lawsuit, he is directed to submit either the $350.00 statutory filing fee or a status report and current request to proceed *in forma pauperis* to the Court within thirty (30) days of entry of this Order. The Clerk of Court is directed to forward Plaintiff an *in forma pauperis* application, along with a copy of this Order.

Failure to comply with this Order may result in dismissal of this case without prejudice under Local Rule 5.5(c)(2).[1]

---

[1] Plaintiff is notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2): "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to

IT IS SO ORDERED this 17th day of December, 2010.

                                           *J. Leon Holmes*
                                 _____
                                 UNITED STATES DISTRICT JUDGE

---

within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."