IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT SAYRES                                                                                    PLAINTIFF

v.                                    NO. 4:10CV01537 JLH

LEROY BROWNLEE, *et al*.                                                              DEFENDANTS

## ORDER

Robert Sayres filed a complaint on October 26, 2010, but did not submit a filing fee for a motion for leave to proceed *in forma pauperis*. On December 17, 2010, the Court entered an order directing Sayres to submit the filing fee or file a motion for leave to proceed *in forma pauperis* within 30 days. On January 12, 2011, Sayres filed a motion for extension of time, which the Court granted. The Court extended the deadline for Sayres to submit the filing fee or file a motion for leave to proceed *in forma pauperis* until February 14, 2011. Sayres has not submitted the filing fee, nor has he filed a motion for leave to proceed *in forma pauperis*.

Local Rule 5.5(c)(2) provides:

Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Pursuant to Local Rule 5.5(c)(2), this action is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE