IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT SAYRES                                                                                           PLAINTIFF

v.                                              NO. 4:10CV01537 JLH

LEROY BROWNLEE, *et al*.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE